AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Alabama

| | |
|---|---|
| United States of America<br>v.<br>ZHEN CHEN<br><br>*Defendant(s)* | )<br>)<br>)  Case No.<br>)           MAG No. 20-08<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 8, 2020__ in the county of __Marshall__ in the __Northern__ District of __Alabama__, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. Sec. 1343 | Wire Fraud |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

JOSHUA L. JONES, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __01/10/2020 @ 8:33 AM.__

*Judge's signature*

City and state: __Birmingham, Alabama__        Hon. JOHN E. OTT, U.S. MAGISTRATE JUDGE
*Printed name and title*

I, Joshua L. Jones, being duly sworn, depose and say:

## EXPERIENCE AND BACKGROUND

1. I am a Special Agent with the United States Secret Service ("USSS"). I have been employed in that capacity since September 2018. I have completed Special Agent Training Course at the James J. Rowley Training Center. In addition to basic criminal investigative training, I have completed Criminal Investigator training at the Federal Law Enforcement Training Center in Glynco, Georgia, where I learned to conduct a wide range federal investigations. Prior to becoming a Special Agent, I was a Corporal with the City of Mobile Police Department where I served in many capacities ranging from Field Patrol, Criminal Apprehension, Executive Protection, Tactical Intelligence and Strategic Initiatives. My service as a Mobile Police officer afforded me an Alabama Peace Officers' Standards and Training Commission certification that allowed to enforce state and local laws and ordinances. I also served in the Alabama Army National Guard for eight years as an officer in Signal Corps, and recently as a Multifunctional Logistics Captain. During my service I deployed to Romania in support of Operation Atlantic Resolve, Resolute Castle '15.

2. My duties as a Special Agent of the United States Secret Service include investigating financial crimes, to include identity theft, wire fraud, credit card fraud, counterfeit checks, and counterfeit United States currency. I received

advanced training in this at the James J. Rowley Training Center in Beltsville, Maryland.

3. The information in this Affidavit is based on my personal knowledge, information provided to me by other law enforcement officers and individuals, and my review of reports and memoranda of other law enforcement officers. The information in this Affidavit is provided for the limited purpose of establishing probable cause in connection with the criminal complaint charging **ZHEN CHEN** with violating Title 18, United States Code, Section 1343, Wire Fraud, which provides that "[w]hoever, having devised or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises, transmits or causes to be transmitted by means of wire, radio, or television communication in interstate or foreign commerce, any writings, signs, signals, pictures, or sounds for the purpose of executing such scheme or artifice, shall be fined under this title or imprisoned not more than 20 years, or both." 18 U.S.C. § 1343.

4. Based on my training and experience as set forth above, I am aware that obtaining money under false pretenses and transmitting said money through interstate commerce via Walmart servers located in Bentonville, Arkansas or Colorado Springs, Colorado, and then to "First Data," the payment processor which

services Walmart gift cards through its servers located in either Chandler, Arizona or Omaha, Nebraska, violates Title 18, United States Code, Section 1343.

## THE WIRE FRAUD SCHEME

5. The Secret Service Financial Crimes Task Force (SSFCTF) is conducting a joint investigation with Walmart Global Investigations concerning an ongoing credit card fraud scheme. The SSFCTF is attached to the United States Secret Service Birmingham Field Office and the investigation is being conducted in Birmingham. The fraud scheme, however, is not localized to the southeastern United States. Instead, the scheme involves a variety of phone and internet scams with victims of these scams located in states across the country. The victims are lured into a scam in one of three known ways:

- Responding to a text message;
- Responding to an email;
- Searching for a particular type of financial service on the internet, inputting basic info (name, phone), where someone contacts them back, presumably from a fraudulent website.

6. After the initial contact is made, victims are conned into one of many scams. Some of the known scams are:

- Pay off past due credit at a fraction of the cost with Walmart gift cards;
- Money is temporarily wired into the victim's bank account to "prove the

account" is real. The victim then sends the "Company" back that money in the form of Walmart gift cards. The wire is either quickly rescinded or is found to be fraudulent and then canceled;

- Receive a business email with the victim's true supervisors' info in the text of the email signature, that requests the victim quickly go buy Walmart gift cards and send pictures of the gift card numbers for the supervisor to give away at a conference that he or she is attending;

- A Walmart associate is contacted by someone claiming to be from the Home Office in Bentonville or from a company named NCR, which runs all of Walmart's registers/systems. They tell the associate that they are testing that stores system and want them to practice loading a gift card to see if the system reads it correctly. Then to confirm it worked, they have the associate read the gift card information to them over the phone.

7.   Once the victim is defrauded into buying Walmart gift cards and sending pictures of the full gift card number to the exploiters, those gift cards are used around the country within a few hours by "runners" who appear to be of Chinese decent. The majority of runners who have been identified by law enforcement are not U.S. citizens. The runners receive gift card numbers from participants in the wire fraud scheme on their smart phone in the form of a UPC code, often through the "GiftMe App." That UPC code is scanned by the runner at a

4

Walmart register, typically in the self-checkout lane to avoid detection of the fraud, which liquidates the Walmart gift cards by purchasing prepaid debit cards (*i.e.* Visa/MasterCard Vanilla or AMEX) or other gift cards (*i.e.* iTunes cards, Google Play, Steam, etc.). Once the Walmart gift cards have been converted to another prepaid debit or gift card, the runner takes pictures of the cards and sends them back to others involved in the scheme. That participant then liquidates all of the cards again.

## ZHEN CHEN'S PARTICIPATION IN THE WIRE FRAUD SCHEME

8. On January 8, 2020, Walmart Global Investigator Clay Thrasher notified the SSFCTF that a suspect connected with the wire fraud scheme was in the Northern District of Alabama, specifically Boaz, Alabama, liquidating gift cards that had been fraudulently obtained. The suspect, **ZHEN CHEN**, was rapidly traveling between Walmart locations with another Asian male, Qiu Fubin.

9. Based on what I have learned in this investigation, runners involved in the wire fraud scheme do not remain at a Walmart location for more than 10 or 15 minutes.

10. Thrasher notified Tasha Smith at the Walmart location in Boaz that CHEN and Fubin had been identified at the Oneonta and Attalla Walmart locations perpetrating a gift card scam. Walmart's Asset protection associate Codi Galimore located the two subjects and escorted them to the asset protection office to be

interviewed by officers from the Boaz Police Department. Boaz Police Department Investigator Barry Maddux and several other officers responded to the scene. Investigator Maddux stated that due to a strong language barrier, they initially used Google translate to communicate with the two subjects.

11. ZHEN CHEN was asked multiple times how the subjects were loading the gift cards. CHEN stated he used his American express card. Investigator Maddux then had CHEN access his American Express application on his phone to prove that he indeed used his American Express card for the purchases. The app showed that no transactions were conducted for the period of time that CHEN was inside the Walmart store.

12. Due to his familiarity with the scheme, Chief Josh Gaskin obtained consent from the subjects to search the vehicle they were driving due to the likelihood that more evidence of criminal activity would be located inside the car. The subjects granted consent. During the search, officers discovered a large amount of Google Play, iTunes, PSP, and Switch gift cards inside the vehicle along with a shredder. Investigator Maddux asked CHEN how many Walmart locations the subjects had visited in furtherance of the scheme. CHEN responded that the subjects had been to four locations. However, Chief Gaskin produced several receipts confirming that the two subjects had been to 12 Walmart locations in six different states across the southeast.

13. An inventory of the evidence collected form the vehicle reflects that $90,800 in various different gift cards were in the subjects' possession.

14. Each time CHEN scanned the Walmart Gift Card number (UPC Format) at checkout, it transmitted a wire from each Walmart location, including Boaz, Alabama, to a Walmart Inc. server located in Bentonville, Arkansas or Colorado Springs, Colorado. A wire was then sent to First Data servers in either Chandler, Arizona or Omaha, Nebraska. These servers then confirmed the balance of the cards and debited each gift card account number for the amount being used to pay for the transaction. Once that occurred, interstate wires were sent back to the same Walmart servers in Arkansas or Colorado, which routed the wire communication back to the Walmart location in the Northern District of Alabama, specifically Boaz, Alabama.

15. The investigation has determined that these two subjects are responsible for conducting fraudulent transactions in six states, with a total loss amount of approximately $90,800.00. Over 800 gift cards recovered from the subjects.

16. At least two known victims were defrauded by the subjects. Walmart Gift Cards were purchased by Sabra Adams at another Walmart store in California, but were used in Oneonta, Alabama by one of these subjects. Shirley Sims was a victim of a phone scam where she was conned into buying Walmart Gift Cards,

under false pretenses, and then provided the full Walmart Gift Card number over the phone to a participant in the wire fraud scheme. In furtherance of the scheme, the participant then sent the Walmart Gift Card numbers to Qiu Fubin and ZHEN CHEN to use in Oneonta Alabama.

17. Walmart Global Investigators contacted Sabra Adams on January 8, 2020. Adams advised that she initially believed that the Walmart gift cards were purchased for her grandchildren in California. Victim Shirley Sims asserted that she was the victim of a phone scam. Someone called her and stated her warranty on her computer expired and she needed to go buy the Walmart gift cards. The gift cards purchased by Sabra Adams and Shirley Sims were used by CHEN and Fubin at the Walmart location in Oneonta, Alabama.

18. Walmart Global Investigators were able to pull still frame photos of each subject at the register and exiting the store together. Walmart Global Investigations has been able to connect CHEN and Fubin to over $90,000 in fraud related to this wire fraud scheme in Georgia, North Carolina, Texas, and Alabama in January 2020. Both subjects were arrested and taken into custody by the Boaz Police Department.

19. Based on the facts and information presented above, I request a Federal Arrest Warrant for **ZHEN CHEN** for wire fraud in violation of 18 U.S.C. § 1343.

FURTHER AFFIANT SAYETH NOT.

JOSHUA JONES
Special Agent, United States Secret Service

Sworn to and subscribed before me on the _10th_ day of _January_, 2020.

HON. JOHN E. OTT
UNITED STATES MAGISTRATE JUDGE

9